KEYES v. UNITED INDURATED FIBRE CO. (Circuit Court of Appeals, Second Circuit. November 15, 1898.) No. 4. Appeal from the Circuit Court of the United States for the Northern District of New York. Tracy C. Becker and William Macomber, for appellant. Frederick P. Fish, W. K. Richardson, and John E. Pound, for appellee.

PER CURIAM. The decree of the circuit court is affirmed, with costs, on opinion of said court. 82 Fed. 32.

In re LEWENSOHN. In re ISELIN et al. (Circuit Court of Appeals, Second Circuit. November 14, 1900.) No. 14. Petition to Review Order of the District Court of the United States for the Southern District of New York. Alexander Blumensteil, for William Iselin and others. E. J. Myers, for bankrupt. Order of district court affirmed, on opinion below. See 99 Fed. 73.

LITTLEFIELD v. UNITED STATES. (Circuit Court of Appeals, First Circuit. October 9, 1900.) No. 338. Charles W. Bartlett and Elbridge R. Anderson, for plaintiff in error. Boyd B. Jones, U. S. Atty., and John H. Casey, Asst. U. S. Atty. Writ of error dismissed, on motion of plaintiff in error, without costs.

LOUISVILLE TRUST CO. v. LOUISVILLE, E. & ST. L. R. CO. (Circuit Court of Appeals, Seventh Circuit. October 2, 1900.) No. 736. Appeal from the Circuit Court of the United States for the District of Indiana. Alex. P. Humphrey and St. John Boyle, for appellant. Docketed and dismissed, on motion of appellant.

NEW YORK SECURITY & TRUST CO. v. LOUISVILLE, E. & ST. L. R. CO. (Circuit Court of Appeals, Seventh Circuit. October 2, 1900.) No. 737. Appeal from the Circuit Court of the United States for the District of Indiana. Alex. P. Humphrey, for appellant. Docketed and dismissed, on motion of counsel for appellant. See 97 Fed. 226.

NORTH AMERICAN TRANSPORTATION & TRADING CO. v. SMITH et al. (Circuit Court of Appeals, Ninth Circuit. September 10, 1900.) No. 491. Appeal from the District Court of the United States for the Northern Division of the District of Washington. Frederick Bausman, for appellant. N. B. Bosley and James Kiefer, for appellees. Appeal dismissed. See 93 Fed. 7.

SCHREIBER v. RIPON KNITTING CO. et al. (Circuit Court of Appeals, Ninth Circuit. September 10, 1900.) No. 613. Petition for Revision of Proceedings of the District Court of the United States for the Eastern District of Washington. F. M. Dudley, for petitioner and bankrupt. Stern, Hamblen & Lund, for respondent. Petition for revision denied. See 101 Fed. 810.